**Order entered March 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01143-CV

### LAKEITH AMIR-SHARIF, Appellant

### V.

### QUICK TRIP CORPORATION, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-E**

## ORDER

The Court has before it appellees' March 21, 2013 third motion for extension of time to file their brief. The Court **GRANTS** the motion and **ORDERS** that appellees' brief be filed by March 28, 2013. No further extensions will be granted without a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE